UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henrietta Bradley,

Plaintiff,

v.

American Home Products Corporation and its subsidiaries and assigns (d/b/a Wyeth-Ayerst Laboratories)

Defendant.

Civil No. 00-CV-4 (JMR/~~FLN~~) JMM

**STIPULATION TO EXTEND TIME**

---

Plaintiff and Defendant, by and through their undersigned counsel, hereby agree that the time within which Defendant has to answer the Complaint herein, is extended through and until February 7, 2000.

Dated: February 1, 2000.

SCHERMER & GUY P.L.L.P.

By [signature]

Judith K. Schermer, # 183052
Carolyn Guy, #254186
Schermer & Guy P.L.L.P.
950 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: 612-843-5400
Fax: 612-843-5406
***Attorneys for Plaintiff Henrietta Bradley***

FILED FEB 14 2000
CLERK

Dated: February 8, 2000.

LINDQUIST & VENNUM P.L.L.P.

By____________________

Robert V. Atmore, #3438
Reuben A. Mjaanes, #269669
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-371-3211
Fax: 612-371-3207

***Attorneys for Defendant American Home Products Corporation***

**SO ORDERED** this 11 day of February, 2000.

BY THE COURT:

____________________
Magistrate Judge ~~Franklin L. Noel~~ John M. Mason