**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Henrietta Bradley,**

**Plaintiff,**

v.

**American Home Products Corporation and its subsidiaries and assigns (d/b/a Wyeth-Ayerst Laboratories),**

**Defendants.**

**Civil No. 00-4 (JMR/SRN)**

**SUPPLEMENTAL ORDER**

---

Judith K. Schermer, Esq., on behalf of Plaintiff.

Robert V. Atmore, Esq., and Reuben A. Mjaanes, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on August 21, 2001, on Defendants' Motion to Compel Discovery, (Doc. No. 16). On August 22, 2001, this Court entered an Order addressing that motion. With respect to Defendants' Interrogatory No. 1, defendants sought to have plaintiff review the transcripts from a number of audiotapes which they prepared, to authenticate them and to correct any errors or omissions. The Court made no ruling at that time, finding no authority requiring the plaintiff to correct such a transcript during discovery. The Court, however, noted that such a transcript might facilitate use of the tapes during trial. Accordingly, the Court allowed defendants 10 days to narrow their request to small, relevant sections of the transcript. The Court agreed then to evaluate the narrower interrogatory and determine whether its burdensomeness outweighed the potential

SEP 0 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

benefit of such transcript at trial.

On August 29, 2001, counsel for defendants provided the Court with a letter, attaching a variety of excerpts from the Bradley audiotapes. Counsel stated that of immediate concern is verification of the excerpt from Tape #8, as defendants are considering including this half page transcript in support of defendants' summary judgment motion.

In light of this narrowed request, the Court will grant defendants' motion to the extent it will require plaintiff to authenticate the excerpt contained on Bradley Tape #8, which is attached hereto as Exhibit A. Plaintiffs are to provide an answer to Defendants' Interrogatory No. 1 on this limited topic no later than Friday, September 14, 2001.

Dated: September 4, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

**EXCERPT FROM BRADLEY TAPE #8**

[This portion of the transcript is taken from pages 12 and 13 of AHP's original transcription of Tape #8]

Henrietta: You know, I was going to ask you. Do you have a completed representatives manual that tells you benefits and everything?

??: Yeah.

Henrietta: I don't have one.

??: Oh you don't?

Henrietta: No.

??: Is there an area that you're interested in?

Henrietta: Maybe that's something we can do is get together and then whatever I'm missing I can just copy, because I wanted to find out about some other benefits, and I'm not going to call Laura.

??: Oh no, that's fine. Mine should be fairly – I got it last year from the training department so I would assume it's –

Henrietta: Well they sent us out one with the merger, but it didn't have anything in it regarding benefits. And that section is still missing.

??: Oh yeah, that's not a problem.

**EXHIBIT A**

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500