UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-0004 (JMR/SRN)

Henrietta Bradley )
)
v. ) ORDER
)
American Home Products Corporation )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 25th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FEB 26 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK