UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Henrietta Bradley,<br><br>Plaintiff,<br><br>vs.<br><br>American Home Products,<br><br>Defendant. | Court File No00-4 (JMR/SRN)<br><br>**ORDER** |

Upon the attached Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated April 9, 2003.

BY THE COURT:

James M. Rosenbaum
United States District Judge

Doc# 1750971\1

FILED APR 09 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. APR 09 2003
DEPUTY CLERK